Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
PATRICK CANNON

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax: (702)384-0394
E-mail: kshonfeld@shookandstone.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK CANNON | Case No.: 2:18-cv-00470-KJD-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Patrick Cannon and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 7, 2018 to October 8, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other

-1-

dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: September 7, 2018        Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Patrick Cannon

DATE: September , 2018

DAYLE ELIESON
United States Attorney

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: September 10, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:18-CV-00470-KJD-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 7, 2018

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff