1  DAYLE ELIESON
   United States Attorney
2  District of Nevada
   TINA NAICKER, CSBN 252766
3  Special Assistant United States Attorney
   160 Spear Street, Suite 800
4  San Francisco, California 94105
   Telephone: (415) 268-5611
5  Facsimile: (415) 744-0134
   E-Mail: Tina.Naicker@SSA.gov
6
   Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK CANNON, | Case No. 2:18-cv-00470-KJD-CWH |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **(FIRST REQUEST)** |
| Defendant. | |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from November 8, 2018 to **December 8, 2018**. This is Defendant's first request for extension. Good cause exists to grant Defendant's request for extension. Counsel was out of the office for nearly three weeks on intermittent sick leave for the flu/acute pneumonia. Counsel also had a migraine for the last two days which impairs her vision. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until late-December. In addition, Counsel has active civil rights and representative misconduct matters that require immediate investigation. Counsel also has a Ninth

Circuit brief due in mid-November, which requires multiple levels of review. Due to Counsel's unexpected leave and heavy workload, Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Remand. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: November 7, 2018

/s/ *Cyrus Safa
(*as authorized by email on November 6, 2018)
CYRUS SAFA
Attorney for Plaintiff

Dated: November 7, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By  /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: November 13, 2018

_____
HON. CARL J. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Attorneys for Plaintiff

Respectfully submitted this 7th day of November 2018,

                                                         /s/ Tina L. Naicker
                                                        TINA L. NAICKER
                                                        Special Assistant United States Attorney