```
DAYLE ELIESON
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK CANNON, | ) |
| | ) Case No. 2:18-cv-00470-KJD-CWH |
| Plaintiff, | ) |
| | ) |
| v. | ) **JOINT STIPULATION FOR EXTENSION OF** |
| | ) **TIME AND [PROPOSED ORDER]** |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) **(THIRD REQUEST)** |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Remand be extended from January 8, 2018 to **January 29, 2019**. This is Defendant's third request for extension. Good cause exists to grant Defendant's request for extension. On Christmas Day, Counsel's family members were in a serious car accident that required hospitalization. As a result, Counsel was unexpectedly out of the office following the Christmas holiday. Counsel also has over 75+ active matters, which requires two or more dispositive motions a week until mid-March. Counsel also has a Ninth Circuit brief due on the same date as the current filing deadline. Due to Counsel's heavy workload and unexpected leave,

- 1 -

Counsel needs additional time to adequately review the transcript and properly respond to Plaintiff's Motion for Summary Judgment. Defendant makes this request in good faith with no intention to unduly delay the proceedings. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 8, 2019 /s/ *Cyrus Safa
(*as authorized by email on January 7, 2019)
CYRUS SAFA
Attorney for Plaintiff

Dated: January 8, 2019 DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: January 9, 2019

_____
HON. CARL J. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the **JOINT STIPULATION FOR EXTENSION OF TIME AND [PROPOSED ORDER]** on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-5491
Email: cyrus.safa@rohlfinglaw.com

Attorneys for Plaintiff

Respectfully submitted this 7th day of January 2019

                                 /s/ Tina L. Naicker
                                 TINA L. NAICKER
                                 Special Assistant United States Attorney